UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SHAKITA EASON, ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | 6:14-cv-73 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the Court is Shakita Eason's Notice of Appeal. ECF No. 7. The Court construes a notice of appeal as a request for a Certificate of Appealability ("COA"). *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997). The Magistrate Judge issued a Report and Recommendation ("R&R"), in which the Judge recommended that Eason be denied a COA. ECF No. 2 at 10. The Court adopted the R&R as the opinion of the Court. ECF No. 5. Therefore, the COA is denied for the reasons set forth in the R&R.

Eason has not explicitly requested the right to appeal *in forma pauperis* ("IFP"). *See* ECF No. 7. However, the Court notes that it already denied Eason IFP status on appeal when it adopted the R&R. ECF No. 2 at 10. Therefore, Eason should be assessed the full filing fee of $505.

Eason's request for a COA, ECF No. 7, is *DENIED*.

The 26 day of October 2014

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA